[No. 6433-2-II. Division Two. May 17, 1985.]

MARCIA BAILIFF, ET AL, *Appellants,* v. MARSHALL DAVIS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clark County, No. 70807, J. Dean Morgan, J., entered May 28, 1982. *Affirmed* and *remanded* by unpublished opinion per Alexander, J., concurred in by Reed, A.C.J., and Petrich, J.

[Nos. 14538-0-I; 14620-3-I. Division One. May 20, 1985.]

*In the Matter of the Welfare of*
CATERINA FERGUSON, ET AL.

EUGENE FERGUSON, ET AL, *Appellants,* v. THE DEPART-
MENT OF SOCIAL AND HEALTH SERVICES,
*Respondent.*

Appeals from judgments of the Superior Court for King County, Nos. 81-7-01129-1, 81-7-01130-4, 81-7-01131-2, 81-7-01132-1, Donald D. Haley, J., entered March 5, 1984. *Affirmed* by unpublished opinion per Corbett, C.J., concurred in by Coleman and Grosse, JJ. Now published at 41 Wn. App. 1.

[No. 12499-4-I. Division One. May 20, 1985.]

BRUCE HANSEN, *Appellant,* v. JAMES A. BERINGER,
*Respondent,* BOULEVARD EXCAVATING, INC.,
*Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79-2-08748-3, Oluf Johnsen, J. Pro Tem., entered October 26, 1982. *Affirmed* by unpublished opinion per Corbett, C.J., concurred in by Scholfield and Grosse, JJ.